UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL GARZA, ET AL.

VERSUS

PHILLIPS 66 COMPANY, ET AL.

CIVIL ACTION

NO. 13-742-SDD-SCR

RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Stephen C. Riedlinger dated March 10, 2014. Plaintiffs have filed an objection[2] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Plaintiffs' *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana, the __1__ day of April, 2014.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 38.
[2] Rec. Doc. 41.
[3] Rec. Doc. 20.