# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MANUEL GARZA, ET AL.

CIVIL ACTION

VERSUS

13-742-SDD-EWD

PHILLIPS 66 COMPANY, ET AL.

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 4, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Sever Plaintiffs Due to Misjoinder*[3] filed by Defendant, Rowan Companies, Inc., shall be denied. Further, the *Motion*[4] shall also be denied as to ENSCO Offshore Company.

Baton Rouge, Louisiana the 23 day of March, 2016.

*Shelly Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 99.
[3] Rec. Doc. 75.
[4] Rec. Doc. 86.